PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
MELISSA VERMILLION, ESQUIRE #241354
WILLIAM K. HONG, ESQUIRE #266690
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
R.079-920
Attorneys for Defendant

**FILED & ENTERED**

**AUG 16 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY speters    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>JORGE ARCILA,<br><br>    Debtor.<br>_____ / | Bk. No. 2:10-bk-28206-VZ<br><br>CHAPTER 13<br><br>Adv. No. 2:10-ap-02129-VZ |
| JORGE ARCILA,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS SERVICING, L.P., its assignees and/or successors in interest ; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5 , inclusive,<br><br>    Defendants.<br>_____ / | Hearing:<br>Date: August 26, 2010<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>       255 East Temple Street<br>       Los Angeles, CA<br>Courtroom: 1368<br>Floor: 13th |

**ORDER ON STIPULATION RESOLVING DEBTOR'S COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIENS PURSUANT TO 11 U.S.C. §506(A)**

1

1  IT IS HEREBY ORDERED that the Stipulation Resolving Debtor's Complaint to Determine Nature and Extent of Liens Pursuant to 11 U.S.C. §506(a) filed on July 23, 2010 as Document No. 4 between the parties be deemed effective as a Court Order.

### #

DATED: August 16, 2010

_____
United States Bankruptcy Judge

| In re:<br>Jorge Arcila<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-28206-VZ<br>ADV. NUMBER: 2:10-ap-02129-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

A true and correct copy of the foregoing document described **ORDER ON STIPULATION RESOLVING DEBTOR'S COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIENS PURSUANT TO 11 U.S.C. 506(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 8/2/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/2/10 | Danielle Seth-Hunter | /s/ Danielle Seth-Hunter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re:<br>Jorge Arcila<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-28206-VZ<br>ADV. NUMBER: 2:10-ap-02129-VZ |
|---|---|

**II.    SERVED BY U.S. MAIL**

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332
Judge's Copy

Jorge Arcila
19623 Ellis Henry Ct.
Santa Clarita, CA 91321
Debtor/Plaintiff

Leroy Bishop Austin, Esquire
L. Bishop Austin & Associates
3250 Wilshire Blvd, Ste 1500
Los Angeles, CA 90010-1502
Attorney for Debtor/Plaintiff

Nancy K. Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014
Chapter 13 Trustee

U.S. Trustee
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**

4

| In re: | | CHAPTER 13 |
|---|---|---|
| Jorge Arcila | | CASE NUMBER 2:10-bk-28206-VZ |
| | Debtor(s). | ADV. NUMBER: 2:10-ap-02129-VZ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER ON STIPULATION RESOLVING DEBTOR'S COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIENS PURSUANT TO 11 U.S.C. §506(A)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 08/02/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Leroy Bishop Austin** lbishopbk@yahoo.com, lbishopbk@gmail.com
**Nancy K Curry** ecfnc@trustee13.com
**Lee S Raphael** cmartin@pprlaw.net
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                  **F 9013-3.1**